United States District Court

Northern District of California

ERIC L. GONZALEZ,

      Plaintiff,

   v.

DR. J. CHUDY, et al.,

      Defendants.

Case No.: C 10-3732 CW (PR)

JUDGMENT

    In accordance with the Court's Order of today's date, judgment is entered against Plaintiff on all counts against all Defendants. The parties shall bear their own costs.

    The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

Dated: 3/31/2013

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE